**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:11CR14 |
| | § | Judge Schell |
| NORMAN VARNER | § | |

## FACTUAL STATEMENT

The defendant **Norman Varner (Varner)** stipulates and agrees that the following facts are true and correct:

1. From on or about April 1, 2010 until on or about June 1, 2010, in the Eastern District of Texas, **Varner** knowingly attempted to receive visual depictions that had been transported in interstate commerce by computer. The visual depictions involved the use of minors engaged in sexually explicit conduct and **Varner** knew that the images he attempted to receive involved the use of minors engaging in sexually explicit conduct.

2. Specifically, **Varner**, using a peer-to-peer software program and the Internet, attempted to receive visual depictions of minors engaged in sexually explicit conduct. **Varner** would use this peer-to-peer program and the Internet when he was living in Cooper, Texas, in the Eastern District of Texas.

3. **Varner** possessed a visual depiction of minors engaged in sexually explicit conduct. The visual depiction is described as:

| FILE NAME | DESCRIPTION |
|---|---|
| Brother and Young Virgin Sisters 1st Penetration -See her first ever climax 1m 54sec into this Amat.mpg | A video clip depicting sexually explicit conduct involving a prepubescent female and a nude minor male, including vaginal penetration and the lewd and lascivious exhibition of the genitals of the prepubescent female. |

4. **Varner** used the following computer equipment to attempt to receive and possess the visual depictions:

    a.    Compaq Presario computer (Serial #2CE8465GXH);

    b.    Western Digital External hard drive (Serial #WMAM9DH84857);

    and

    c.    HP Mini II computer (Serial #CNU94196WS).

### SIGNATURE AND ACKNOWLEDGMENT BY THE DEFENDANT NORMAN VARNER

I have read this Factual Statement and have discussed it with my attorney. I fully understand the contents of this Factual Statement and agree without reservation that it accurately describes my acts.

Dated: 10/6/11

NORMAN VARNER
Defendant

FACTUAL STATEMENT -- Page 2

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR THE DEFENDANT

I have read this Factual Statement and the Information and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Statement.

Dated: 6 Oct 11

ROBERT ARRAMBIDE
Attorney for Defendant