# Notice of Appeal

United States of America
Versus
Norman Keith Varner

Case #: 4:11-CR-14

1/2/19

**FILED**
JAN 07 2019
Clerk, U.S. District Court
Texas Eastern

This is a notice to appeal the Conclusion to courts Denied order (#51) Subject update and change J+C To change name.

I would also request that an attorney be appointed to represent me. Thanks

Miss Kathrine Nicole Jett
FKA: Norman Keith Varner
#18474-078
FMC Lexington
PO Box 14500
Lexington KY 40512