# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CASE NO. 4:11-CR-14 |
| NORMAN VARNER | § § | |

## ORDER

Pending before the Court is Defendant Norman Keith Varner's Motion to Appoint Counsel for Appeal [Dkt. 55] combined with Defendant's Notice of Appeal [Dkt. 54]. Therein Defendant requests the Court appoint counsel for Defendant to pursue his appeal of the Order Denying Defendant's request to amend the Judgment and Conviction entered on November 15, 2012. No financial affidavit or other proof of indigency was filed in connection with Defendant's Motion to Appoint Counsel for Appeal. In addition, Defendant has not shown an entitlement to counsel at present based upon the facts in his Motion. Accordingly, the Court **DENIES** the Motion to Appoint Counsel for Appeal. This ruling is without prejudice.

**IT IS SO ORDERED**.
SIGNED this 8th day of January, 2019.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE