FED. R. APP. P. WITH 5TH CIR. R. & IOPs

## FORM 4 AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the __East__ District of __Texas__

**United States of America**

v.                                     Case No. 19-40016

**Norman Varner**

---

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: _[signature] Norman Varner_

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 1/23/18

---

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ n/a | $ n/a | $ n/a | $ n/a |
| Self-employment | $ n/a | $ n/a | $ n/a | $ n/a |
| Income from real property (such as rental income) | $ n/a | $ n/a | $ n/a | $ n/a |
| Interest and dividends | $ n/a | $ n/a | $ n/a | $ n/a |
| Gifts | $ $800 | $ n/a | $ $30.00 | $ n/a |
| Alimony | $ n/a | $ n/a | $ n/a | $ n/a |
| Child support | $ n/a | $ n/a | $ n/a | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/a | $ n/a | $ n/a | $ n/a |
| Disability (such as social security, insurance payments) | $ n/a | $ n/a | $ n/a | $ n/a |
| Unemployment payments | $ n/a | $ n/a | $ n/a | $ n/a |
| Public-assistance (such as welfare) | $ n/a | $ n/a | $ n/a | $ n/a |
| Other (specify): none | $ n/a | $ n/a | $ n/a | $ n/a |
| Total monthly income: | $ $30.00 | $ n/a | $ $30.00 | $ n/a |

MISC-14

**FED. R. APP. P. WITH 5TH CIR. R. & IOPs**

2. List your employment history, for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| BOP | FMC Lexington KY | | |
| | | | |
| | | | |

3. List your spouse's employment history, for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | No Spouse | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ $40.10
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BOP | | $ $40.10 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home    (Value) | Other real estate (Value) | Motor vehicle #1   (Value) |
|---|---|---|
| n/a | n/a | Make & year: n/a |
| | | Model: |
| | | Registration # |

MISC-14

**FED. R. APP. P. WITH 5TH CIR. R. & IOPs**

Motor vehicle #2    (Value)            Other assets   (Value)            Other assets   (Value)

Make & year: __N/A__

Model: _____

Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | n/a | n/a |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| n/a |  |  |
|  |  |  |
|  |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | $ n/a | $ n/a |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ n/a | $ n/a |
| Home maintenance (repairs and upkeep) | $ n/a | $ n/a |
| Food | $ n/a | $ n/a |
| Clothing | $ n/a | $ n/a |
| Laundry and dry-cleaning | $ n/a | $ n/a |
| Medical and dental expenses | $ n/a | $ n/a |
| Transportation (not including motor vehicle payments) | $ n/a | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ n/a | $ n/a |

MISC-14

FED. R. APP. P. WITH 5TH CIR. R. & IOPs

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in Mortgage payments) | $ n/a | $ n/a |
|     Homeowner's or renter's | $ n/a | $ n/a |
|     Life | $ n/a | $ n/a |
|     Health | $ n/a | $ n/a |
|     Motor Vehicle | $ n/a | $ n/a |
|     Other: _____ | $ n/a | $ n/a |
| Taxes (not deducted from wages or included in Mortgage payments) | | |
| (specify): ____n/a____ | $ n/a | $ n/a |
| Installment payments | $ n/a | $ n/a |
|     Motor Vehicle | $ n/a | $ n/a |
|     Credit card (name): n/a | $ n/a | $ n/a |
|     Department store (name): n/a | $ n/a | $ n/a |
|     Other: _____ | $ n/a | $ n/a |
| Alimony, maintenance, and support paid to others | $ n/a | $ n/a |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ n/a | $ n/a |
| Other (specify): _____ | $ n/a | $ n/a |
| Total monthly expenses: | $ n/a | $ n/a |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes  ☒ No

If yes, describe on an attached sheet.

10. Have you spent –or will you be spending– any money for expenses or attorney fees in connection with this lawsuit?  ☐ Yes  ☒ No  Cannot no afford an attorney.

If yes, how much? $_____

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
I am incarcerated in the BOP at this point in time with little income coming in. I am not able to pay these fees nor hire an attorney.

MISC-14

FED. R. APP. P. WITH 5TH CIR. R. & IOPs

**12. State the [city and state] of your legal residence.**

__Lexington KY__

Your daytime phone number: **(**000**)** 000-0000

Your age: __38__    Your years of schooling: __12__

[Last four digits of] your social-security number: __2177__

MISC-14

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 18479078 | | Current Institution: | Lexington FMC |
| Inmate Name: | VARNER, NORMAN | | | |
| Report Date: | 01/22/2019 | | | |
| Report Time: | 2:53:53 PM | | | |

*U.S. COURT OF APPEALS RECEIVED JAN 30 2019 FIFTH CIRCUIT*

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEX | 1/21/2019 4:32:28 PM | TFN0121 | | | Phone Withdrawal | $0.12 | | $40.10 |
| LEX | 1/20/2019 8:10:57 AM | TL0120 | | | TRUL Withdrawal | $1.00 | | $39.98 |
| LEX | 1/18/2019 3:20:14 PM | TL0118 | | | TRUL Withdrawal | ($2.00) | | $38.98 |
| LEX | 1/18/2019 1:50:06 PM | TFN0118 | | | Phone Withdrawal | ($5.00) | | $40.98 |
| LEX | 1/18/2019 11:22:35 AM | 50 | | | Sales | ($14.05) | | $45.98 |
| LEX | 1/18/2019 8:34:30 AM | TL012019 | | | Pre-Release Transaction | | $30.00 | ------ |
| LEX | 1/18/2019 7:32:16 AM | TL012019 | | | Pre-Release Transaction | | ($15.00) | ------ |
| LEX | 1/18/2019 7:05:21 AM | 33319018 | | | Western Union | $30.00 | | $60.03 |
| LEX | 1/18/2019 7:05:21 AM | 33319018 | | | Pre-Release Transaction | | ($15.00) | ------ |
| LEX | 1/17/2019 1:47:15 PM | TFN0117 | | | Phone Withdrawal | ($1.00) | | $30.03 |
| LEX | 1/17/2019 12:25:59 PM | TL0117 | | | TRUL Withdrawal | $0.85 | | $31.03 |
| LEX | 1/17/2019 11:37:23 AM | TFN0117 | | | Phone Withdrawal | $0.16 | | $30.18 |
| LEX | 1/8/2019 4:40:18 PM | TFN0108 | | | Phone Withdrawal | ($1.00) | | $30.02 |
| LEX | 1/8/2019 4:38:43 PM | TL0108 | | | TRUL Withdrawal | $0.45 | | $31.02 |
| LEX | 1/3/2019 1:07:19 PM | TL0103 | | | TRUL Withdrawal | ($5.00) | | $30.57 |
| LEX | 1/3/2019 7:50:12 AM | 59 | | | Sales | ($1.65) | | $35.57 |
| LEX | 1/3/2019 7:16:25 AM | TFN0103 | | | Phone Withdrawal | $4.24 | | $37.22 |
| LEX | 12/26/2018 11:49:53 AM | 78 | | | Sales | ($3.65) | | $32.98 |
| LEX | 12/21/2018 9:34:41 AM | TL1221 | | | TRUL Withdrawal | ($2.00) | | $36.63 |
| LEX | 12/21/2018 7:06:28 AM | 16 | | | Sales | ($16.40) | | $38.63 |
| LEX | 12/20/2018 9:35:43 AM | TFN1220 | | | Phone Withdrawal | ($15.00) | | $55.03 |
| LEX | 12/20/2018 8:39:21 AM | TL1220 | | | TRUL Withdrawal | ($10.00) | | $70.03 |
| LEX | 12/20/2018 8:39:10 AM | TL122018 | | | Pre-Release Transaction | | $25.00 | ------ |
| LEX | 12/20/2018 7:05:54 AM | 33318354 | | | Western Union | $50.00 | | $80.03 |
| LEX | 12/20/2018 7:05:54 AM | 33318354 | | | Pre-Release Transaction | | ($25.00) | ------ |
| LEX | 12/14/2018 10:49:04 AM | TFN1214 | | | Phone Withdrawal | ($1.00) | | $30.03 |
| LEX | 12/14/2018 10:48:25 AM | TFN1214 | | | Phone Withdrawal | $0.19 | | $31.03 |
| LEX | 12/13/2018 8:03:32 PM | TL1213 | | | TRUL Withdrawal | $0.20 | | $30.84 |
| LEX | 12/13/2018 11:42:02 AM | 85 | | | Sales | ($1.00) | | $30.64 |
| LEX | 12/11/2018 11:56:57 AM | 107 | | | Sales | ($24.45) | | $31.64 |
| LEX | 12/7/2018 3:04:19 PM | TFN1207 | | | Phone Withdrawal | ($3.00) | | $56.09 |
| LEX | | 45 | | | Sales | ($1.00) | | $59.09 |

1/22/2019

| Alpha Code | Date | Ref | Type | Amount | Balance |
|---|---|---|---|---|---|
| LEX | 12/7/2018 11:31:29 AM | | | | |
| LEX | 12/6/2018 8:13:32 AM | TL1206 | TRUL Withdrawal | ($2.00) | $60.09 |
| LEX | 12/5/2018 9:23:29 AM | TL1205 | TRUL Withdrawal | $2.00 | $62.09 |
| LEX | 12/4/2018 12:22:31 PM | TL1204 | TRUL Withdrawal | ($5.00) | $60.09 |
| LEX | 11/30/2018 12:36:53 PM | 110 | Sales | ($3.00) | $65.09 |
| LEX | 11/30/2018 12:36:10 PM | 109 | Sales | ($15.60) | $68.09 |
| LEX | 11/29/2018 6:08:17 AM | TFN1129 | Phone Withdrawal | ($10.00) | $83.69 |
| LEX | 11/29/2018 6:05:14 AM | TL112018 | Pre-Release Transaction | $80.03 | ------- |
| LEX | 11/29/2018 4:12:51 AM | TX112918 | Transfer - In from TRUFACS | $93.69 | $93.69 |
| LEX | 11/29/2018 4:12:51 AM | | Pre-Release Transaction | ($80.03) | ------- |

Total Transactions: 41

Totals:    $40.10    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEX | $40.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.10 |
| Totals: | $40.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.10 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $642.50 | $606.54 | $64.45 | $60.03 | $32.70 | N/A | N/A |

FMC-Lexington 1-22-19
HCU

1/22/2019

Case: 19-40016  Document: 00514819912  Page: 8  Date Filed: 01/30/2019
Case 4:11-cr-00014-MAC-CAN  Document 57  Filed 01/30/19  Page 8 of 9 PageID #: 230



## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 01, 2019

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 19-40016   USA v. Norman Varner
                        USDC No. 4:11-CR-14-1

Dear Mr. O'Toole,

Enclosed please find pro se's motion for leave to proceed in forma pauperis which was sent to this court. Please notify us when you have acted on the motion.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Donna L. Mendez, Deputy Clerk
                                   504-310-7677

cc:  Ms. Amanda Louise Griffith
     Ms. Marisa J. Miller
     Mr. Norman Varner