# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-40016   USA v. Norman Varner
                     USDC No. 4:11-CR-14-1

Enclosed is an order entered in this case.

The court has considered the motion of United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. David O'Toole
Ms. Amanda Louise Griffith
Ms. Marisa J. Miller
Mr. Norman Varner
Mr. Bradley Elliot Visosky

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-40016
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

NORMAN VARNER,

       Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

O R D E R :

IT IS ORDERED that appellee's motion to view and obtain sealed documents is GRANTED.

_____
GREGG J. COSTA
UNITED STATES CIRCUIT JUDGE